UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
CARLOS JORGE, individually and on behalf of  :
others similarly situated,      :
      :
                    Plaintiffs,  :     18-cv-5684 (KBF)
      :
                    -v-  :     ORDER
      :
CHARLES SCHWAB & CO., INC.,  :
      :
                    Defendant.  :
      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 15, 2018

KATHERINE B. FORREST, District Judge:

      On August 15, 2018, the parties informed the Court that they have reached a settlement in principle. (See ECF No. 12.) Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, September 17, 2018**.

      Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:   New York, New York
         August 15, 2018

_____
KATHERINE B. FORREST
United States District Judge
